**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On December 2, 2009, Howard filed a motion for leave to file a notice of appeal from the court of appeals' November 9, 2009 decision. Upon consideration thereof,

It is ordered by the court that Gregory Howard's motion for leave is denied.

## MISCELLANEOUS DISMISSALS

**2009–1784.   State ex rel. Lisboa v. McCafferty.**
Cuyahoga App. No. 93051, 2009-Ohio-4377. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due November 30, 2009, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS
*December 8, 2009*

[Cite as *12/08/2009 Case Announcements*, 2009-Ohio-6408.]

## · MOTION AND PROCEDURAL RULINGS

**2009–2035.   State ex rel. Bensman v. Lucas Cty. Bd. of Elections.**
Lucas App. No. L–08–1211. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. On December 3, 2009, appellant filed a memorandum opposing appellee's motion to dismiss. Pursuant to S.Ct.Prac.R. XIV(4)(B), the memorandum opposing the motion to dismiss was due no later than November 30, 2009. Whereas S.Ct.Prac.R. XIV(1)(D) prohibits untimely filings,

It is ordered by the court, sua sponte, that appellant's memorandum opposing the motion to dismiss is stricken.